■ Julio Rebollo, Appellant, v Nicholas Cab Corp. et al., Respondents, et al., Defendants. [952 NYS2d 177]—

Defendants made a prima facie showing of entitlement to summary judgment as to plaintiff's claims of "permanent consequential limitation of use" and "significant limitation of use" of his right knee, right ankle, and cervical and lumbar spine (Insurance Law § 5102 [d]).

Plaintiff raised an issue of fact with respect to his right ankle injuries by presenting evidence of a fracture (*see id.*). Plaintiff also raised a triable issue of fact as to his right shoulder injuries which are not at issue on this appeal.

Should the jury determine that plaintiff has met the thresh-

old for serious injury on his shoulder and/or ankle, it may award damages for all of plaintiff's injuries causally related to the accident, even those not meeting the serious injury threshold (*see Linton v Nawaz*, 14 NY3d 821 [2010]; *Rubin v SMS Taxi Corp.*, 71 AD3d 548 [1st Dept 2010]). Concur—Gonzalez, P.J., Sweeny, Acosta, Renwick and Manzanet-Daniels, JJ.